

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00311-CV

———————————————————

IN RE ROBERT EDWARD DAVIS, Relator

---

Original Proceeding
231st District Court of Tarrant County, Texas
Trial Court No.

---

Before Birdwell, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's Emergency Petition for Writ of Mandamus and Prohibition and is of the opinion that relief should be denied. Accordingly, relator's petition is denied.[1]

Per Curiam

Delivered:  July 2, 2025

---

[1]Relator's Motion for Leave to File Emergency Writs of Mandamus and Prohibition is denied as moot.